KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOUG WISE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendant. | No. 2:15-cv-02465-DB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　The Plaintiff moves, through her counsel, that Plaintiff shall have a first extension of time of 30-days to file Plaintiff's opening brief, in accordance with the scheduling order. Due to a glitch with the ECF system, Plaintiff's counsel has been unable to download the record. Counsel has been in contact with opposing counsel and the ECF helpdesk to resolve this issue. Parties need an additional 30 days to solve the issue. Opening Brief shall now be due on September 25, 2016.

　　　　The parties stipulate that the Scheduling Order shall be modified accordingly.

Page 1

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Dated August 26, 2016:          /s/ Kelsey M Brown
                                KELSEY MACKENZIE BROWN CA #263109
                                Mackenzie Legal, PLLC
                                1003 Whitman Street
                                Tacoma, WA 98406
                                (206) 300-9063
                                Attorney for Plaintiff

Dated August 26, 2016:          s/ Asim Modi
                                ASIM MODI per email authorization
                                Special Assistant U.S. Attorney
                                Office of the General Counsel

                                Of Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 15, 2016              /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\wise2465.stip.eot.ord