KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| DOUG WISE, | |
|---|---|
| Plaintiff, | No. 2:15-cv-02465-DB |
| vs. | STIPLUATED MOTION FOR EXTENSION OF TIME AND ORDER |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The Plaintiff moves, through her counsel, that Plaintiff shall have a first extension of time of 30-days to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel is unwell and unable to complete briefing at this time. Counsel requests 4 additional days to complete the brief. Opening Brief shall now be due on September 30, 2016.

The parties stipulate that the Scheduling Order shall be modified accordingly.

/////

/////

Page 1

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1
2  Dated September 26, 2016:          /s/ Kelsey M Brown
                                      KELSEY MACKENZIE BROWN CA #263109
3                                     Mackenzie Legal, PLLC
                                      1003 Whitman Street
4                                     Tacoma, WA 98406
                                       (206) 300-9063
5                                     Attorney for Plaintiff

6  Dated September 26, 2016:          s/ Asim Modi
                                      ASIM MODI per email authorization
7                                     Special Assistant U.S. Attorney
                                      Office of the General Counsel
8
                                      Of Attorneys for Defendant
9

10

11                                  **ORDER**

12       Pursuant to the parties' stipulation, IT IS SO ORDERED.

13  Dated:  September 30, 2016

14

15                                    _____
                                      DEBORAH BARNES
16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23  DLB:6

                                                        Mackenzie Legal, PLLC
                                                        1003 Whitman Street
    Page 2                                              Tacoma, WA 98406
                                                        (206) 300-9063

DLB1\orders.soc sec\wise2465.stip.eot2.ord

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063