1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ASIM H. MODI
4  Special Assistant United States Attorney
5          Social Security Administration
           160 Spear Street, Suite 800
6          San Francisco, CA  94105
           Telephone: 415-977-8952
7          Facsimile: 415-744-0134
           Email: Asim.Modi@ssa.gov
8  Attorneys for Defendant

9

10                 **UNITED STATES DISTRICT COURT**

11               **EASTERN DISTRICT OF CALIFORNIA**

12                    **SACRAMENTO DIVISION**

13
   DOUG WISE,                          )   No. 2:15-cv-2465-DB
14                                      )
            Plaintiff,                  )   **STIPULATION AND ORDER TO**
15                                      )   **EXTEND BRIEFING SCHEDULE**
                                        )
16            v.                        )
                                        )
17 CAROLYN W. COLVIN                    )
   Acting Commissioner of Social Security, )
18                                      )
19          Defendant.                  )
   _____)
20

21         IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

22 extend Defendant's time to file her cross-motion for summary judgment with the Court by 30

23 days to **November 30, 2016**, and that all other scheduling dates set forth in the Court's Case

24 Management Order shall be extended accordingly.  This is Defendant's first request for an

25 extension of time in this matter, and she requests it in good faith and without any intent to

26 prolong proceedings unduly.

27         There is good cause for this extension request because counsel for Defendant has

28 workload issues that preclude filing her summary judgment motion by October 31, 2016.

1  Specifically, counsel for Defendant was recently ordered to appear in person for oral arguments

2  in multiple Social Security matters before the District of Hawaii; thus, due to the preparation and

3  travel to Hawaii for these oral arguments, counsel for Defendant has been unable to attend to the

4  instant case.  Additionally, counsel for Defendant remains responsible for drafting an appellate

5  brief for a Social Security case before the Ninth Circuit, drafting briefs and summary judgment

6  motions in Social Security cases before the district courts within the Seventh Circuit and Ninth

7  Circuit, and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to

8  Justice Act.  Counsel for Defendant is currently responsible for conducting discovery in

9  personnel litigation before the Equal Employment Opportunity Commission.  Counsel for

10  Defendant is also currently responsible for drafting substantive pleadings and preparing for a

11  hearing in personnel litigation before the Merit Systems Protection Board.

12         Counsel for Defendant sincerely apologizes to Plaintiff and the Court for any

13  inconvenience caused by this delay.

14

15                                               Respectfully submitted,

16

17  Date: _October 26, 2016_                     MACKENZIE LEGAL, PLLC

18                                 By:   _/s/ Asim H. Modi for Kelsey Mackenzie Brown*_
                                         KELSEY MACKENZIE BROWN
19                                       *Authorized by email on October 26, 2016
                                         Attorneys for Plaintiff
20

21  Date: _October 26, 2016_                     PHILLIP A. TALBERT
                                                 Acting United States Attorney
22                                               DEBORAH LEE STACHEL
                                                 Regional Chief Counsel, Region IX
23                                               Social Security Administration

24

25                                 By:   _/s/ Asim H. Modi_
                                         ASIM H. MODI
26                                       Special Assistant United States Attorney
                                         Attorneys for Defendant
27

28

1

<u>ORDER</u>

2

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

DATED: October 26, 2016          /s/ DEBORAH BARNES

4

                      UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DLB:6
DLB1\orders.soc sec\wise2465.stip.eot3.ord

24

25

26

27

28